| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2012 to 02/20/2013
**Chapter 13 Case # 12-21455 / MBK**

Linda J Iannone
104 Poplar Street
Carteret, NJ  07008

Petition Filed Date: 05/01/2012
341 Hearing Date: 06/07/2012
Confirmation Date: 07/10/2012

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 06/13/2012 | $200.00 | 58921911609 | 07/09/2012 | $200.00 | 58921912610 | 08/07/2012 | $200.00 | 58953379837 |
| 09/11/2012 | $200.00 | 58975491058 | 10/16/2012 | $200.00 | 58975602983 | 11/15/2012 | $200.00 | 58975603764 |
| 12/12/2012 | $200.00 | 98418358907 | 01/15/2013 | $200.00 | 98418361954 | 02/14/2013 | $200.00 | 59019811147 |

**Total Receipts for the Period:  $1,800.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $1,800.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Linda J Iannone | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | STEVEN J ABELSON, ESQ | Attorney Fees | $1,900.00 | $1,334.80 | $565.20 |
| 1 | SELECT MEDICAL CORPORATION | Unsecured Creditors | $165.91 | $0.00 | $165.91 |
| 2 | CAVALRY PORTFOLIO SERVICES, LLC<br>»»  HSBC/ORCHARD | Unsecured Creditors | $4,399.37 | $0.00 | $4,399.37 |
| 3 | BUREAUS INVESTMENT GROUP PORTFOLIO NO 15 LLC<br>»»  HSBC | Unsecured Creditors | $11,742.63 | $0.00 | $11,742.63 |
| 4 | INTERNAL REVENUE SERVICE | Unsecured Creditors | $51,189.01 | $0.00 | $51,189.01 |
| 5 | NJ DIVISION OF TAXATION<br>»»  2007 & 2008; JUDGMENT 11,145-11 | Secured Creditors | $5,222.71 | $0.00 | $5,222.71 |
| 6 | NJ DIVISION OF TAXATION | Unsecured Creditors | $557.62 | $0.00 | $557.62 |
| 7 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  CAPITAL ONE | Unsecured Creditors | $6,228.05 | $0.00 | $6,228.05 |
| 8 | OAK HARBOR CAPITAL, LLC<br>»»  CAPITAL ONE | Unsecured Creditors | $2,168.01 | $0.00 | $2,168.01 |
| 9 | OAK HARBOR CAPITAL, LLC<br>»»  CAPITAL ONE | Unsecured Creditors | $1,066.84 | $0.00 | $1,066.84 |

**Chapter 13 Case # 12-21455 / MBK**

## SUMMARY

Summary of all receipts and disbursements from date filed through February 20, 2013.

| | | | |
|---|---|---|---|
| Total Receipts: | $1,800.00 | Plan Balance: | $33,923.00 ** |
| Paid to Claims: | $1,334.80 | Current Monthly Payment: | $200.00 |
| Paid to Trustee: | $65.20 | Arrearages: | $0.00 |
| Funds on Hand: | $400.00 | Total Plan Base: | $35,723.00 |

**NOTES:**

• **Pay your Trustee payment online!** Go to www.russotrustee.com/epay to learn more.

• Your case information is available at the National Data Center. Please visit www.13datacenter.com and click on the link for new debtor access.

**This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.